6/10/21

Ariel Rivera 1192126
CGTH 3955 W Russell Rd
Las Vegas NV 89118

Clerk of Court
333 Las Vegas Blvd So.
Las Vegas NV 89101

Re: 2:19-CV-00961 JAD BNW

I Really need a copy of This entire 1983. I sent to This court. The NDOC refused to make copies for me. So I just mailed everything hoping I would get a filed copy.

how many I have This all mailed to me at Casa Grande. I Really need it.

Thank you

/s/

### Order

IT IS ORDERED that ECF No. 36 is DENIED for the reasons previously stated by the district judge in this case at ECF No. 34. IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff a copy of the docket in this case. If Plaintiff needs particular documents, he may file an appropriate motion.

IT IS SO ORDERED
DATED: 4:07 pm, September 30, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Uriel Rivera / 1142126
67H 3955 W Russell Rd
Las Vegas NV 89118

Illness correction
service request

2:19-cv-00961 JAD BNW

FILED ___  ENTERED ___
JUN 15 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

XRAYED US MARSHALS SERVICE
LAS VEGAS NV 890
14 JUN 2021 PM 5 L

Clerk of Courts
333 Las Vegas Blvd SO
Las Vegas NV 89101

FOREVER / USA